# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4918

_____

VIDA VONGSAY,

    Appellant,

v.

MARK ANTHONY DRURY,

    Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

June 26, 2019

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael L. Duncan, Duncan Trial & Family Law, Jacksonville, for Appellant.

Matthew L. Rhodes, Callahan, for Appellee.